# David A. Hodges
Attorney at Law
Centre Place - Fifth Floor
212 Center Street
Little Rock, Arkansas 72201-2429

Telephone: 501-374-2400
Facsimile: 501-374-8926
Toll Free: 1-800-642-8082

Website: www.hodgeslaw.com
Writer's e-mail:
david@hodgeslaw.com

October 30, 2015

**Via eFile**

The Honorable Kristine G. Baker
United States District Court
600 West Capitol, Room A149
Little Rock, AR 72201-3312

Re: Michelle Day, et al. v United States of America
U.S. District Court Eastern District No. 4:14CV-0342

Dear Judge Baker:

I am working on my calendar early morning on Friday, October 30.

I note that we have a settlement conference deadline of January 29. My office recently took the deposition of three (3) medical care providers at the VA Hospital.

This is a case that I think needs to be settled if possible.

Can you please refer this to the Magistrate for a settlement conference as soon as possible.

We have additional expense that may be necessary if we are not able to settle the case but it seems to be, based on our recent deposition testimony, that we can and should participate in a settlement conference to see if we can resolve this matter by agreement.

If there is anything else I need to do in order to have a settlement conference please do not hesitate to contact me or the lawyer for the government.

The Honorable Kristine Baker
October 30, 2015
Page 2


With warmest and best personal regards, I am,

        Sincerely yours,

        *Dictated by David Hodges*

        DAVID HODGES

DH/psf/112

cc:    Ms. Lindsey Lorance (via e-file)
       Ms. Michelle Day (via regular mail)
       Mr. Glenn Mathis