IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT

**MICHELLE DAY, ADMINISTRATOR**
**OF THE ESTATE OF JAMES AVERY**
**DEWEESE, SR. AND ON BEHALF OF**
**THE WRONGFUL DEATH BENEFICIARIES**
**OF JAMES AVERY DEWEESE, SR;**
**RUTH DEWEESE, INDIVIDUALLY; and**
**MICHELLE DAY, INDIVIDUALLY**                                    **PLAINTIFFS**

**VS.**                    **CASE NO. 4:14-CV-0342 KGB**

**UNITED STATES OF AMERICA**                                      **DEFENDANT**

### MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY AS TO DEFENDANT THE UNITED STATES OF AMERICA

1. Plaintiffs move for Summary Judgment on the issue of liability as to the Defendant.

2. The deposition of Dr. Devon Holder, M.D., was taken, in this case, in Little Rock, Arkansas on October 27, 2015.

3. Relevant portion of the deposition will be offered in support of the Motion for Summary Judgment.

4. Based on the testimony of Dr. Devon Holder, M.D., that he made a mistake in the reading of the test in this case there is no issue of liability and, therefore, Plaintiffs move for Summary Judgment on the issue of liability in that

1

the medical care provider deviated from the standard of care which was a proximate cause of damage to the Plaintiff.

5. Offered in support of the Motion for Summary Judgment of the following pages of the deposition testimony of Dr. Devon Holder, M.D., viz:

1. Page 4 - Page 9.

2. Page 12 - Page 61 (together with the exhibits to the deposition).

**MICHELLE DAY, ADMINISTRATOR OF THE ESTATE OF JAMES AVERY DEWEESE, SR. AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF JAMES AVERY DEWEESE, SR; RUTH DEWEESE, INDIVIDUALLY; and MICHELLE DAY, INDIVIDUALLY, Plaintiffs**

**By:   /s/ David Hodges**
**DAVID A. HODGES**
**Attorney at Law**
**212 Center Street, Fifth Floor**
**Little Rock, AR 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: 501-374-2400**
**Facsimile:   501-374-8926**
**E-Mail: david@hodgeslaw.com**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 15, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:.

    Ms. Lindsey Mitcham Lorence
    Assistant United States Attorney
    P.O. Box 1229
    Little Rock, AR 72203

    /s/ David Hodges
    **DAVID HODGES**