IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MICHELLE DAY, ADMINISTRATOR OF THE ESTATE OF JAMES AVERY DEWEESE, SR. AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF JAMES AVERY DEWEESE, SR; RUTH DEWEESE, INDIVIDUALLY; and MICHELLE DAY, INDIVIDUALLY | PLAINTIFFS |
| V.   Case No. 4:14-CV-0342 KGB | |
| UNITED STATES OF AMERICA | DEFENDANT |

## STIPULATION

Come the Plaintiff, Michelle Day, Administrator of the Estate of James Avery Deweese, Sr., and Defendant, the United States of America, and make the following stipulations in the above referenced case:

1. The parties stipulate that a mistake was made by the Defendant in failing to visualize a liver mass on an October 31, 2011 computerized tomography scan of James Deweese, Sr., and that this fell below the standard of care applicable to it.

2. The Defendant, the United States of America, does not admit that the failure to visualize a liver mass on an October 31, 2011 proximately caused an injury or death that would not have otherwise occurred.

3. The United States of America does not admit liability in this case.

4. The Plaintiff's Motion for Summary Judgment (Document No. 22) is moot, and, therefore withdrawn by the Plaintiff.

Dated this _10_ day of March, 2016.

_____
Mr. David Hodges
Attorney at Law
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
(501) 374-2400
david@hodgeslaw.com

Attorney for Plaintiff


Christopher R. Thyer
United States Attorney
Eastern District of Arkansas

By: _____
Lindsey Mitcham Lorence
Arkansas Bar No. 96183
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
lindsey.lorence@usdoj.gov