IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **MICHELLE DAY, ADMINISTRATOR OF THE ESTATE OF JAMES AVERY DEWEESE, SR. AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF JAMES AVERY DEWEESE, SR., RUTH DEWEESE, INDIVIDUALLY, and MICHELLE DAY INDIVIDUALLY** | **PLAINTIFFS** |
| v. Case No. 4:14-cv-00342 KGB | |
| **UNITED STATES OF AMERICA** | **DEFENDANT** |

### ORDER

Before the Court is the joint stipulation stating that plaintiff Michelle Day's motion for summary judgment (Dkt. No. 22) is now moot (Dkt. No. 33). The motion represents that defendant United States of America and Ms. Day have stipulated to issues that were discussed in Ms. Day's motion for summary judgment. Therefore, the Court grants the parties' request that Ms. Day's motion for summary judgment be denied as moot.

So ordered this 11th day of March, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge