## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DISTRICT

**MICHELLE DAY, ADMINISTRATOR
OF THE ESTATE OF JAMES AVERY
DEWEESE, SR. AND ON BEHALF OF
THE WRONGFUL DEATH BENEFICIARIES
OF JAMES AVERY DEWEESE, SR;
RUTH DEWEESE, INDIVIDUALLY; and
MICHELLE DAY, INDIVIDUALLY**                 **PLAINTIFFS**

**VS.**          **CASE NO. 4:14-CV-0342 KGB**

**UNITED STATES OF AMERICA**             **DEFENDANT**

### MOTION FOR A SETTLEMENT CONFERENCE

1.     Pursuant to the Scheduling Order the Plaintiffs ask for a settlement conference.

2.     Plaintiffs ask the Court to refer this to the Magistrate to conduct the settlement conference with the parties to see if the matter can be settled.

3.   The deadline for the request in this case to ask for a settlement conference is April 29.

            **MICHELLE DAY, ADMINISTRATOR
OF THE ESTATE OF JAMES AVERY
DEWEESE, SR. AND ON BEHALF OF
THE WRONGFUL DEATH BENEFICIARIES
OF JAMES AVERY DEWEESE, SR;
RUTH DEWEESE, INDIVIDUALLY; and
MICHELLE DAY, INDIVIDUALLY, Plaintiffs**

            **By:   /s/David A. Hodges_____
     DAVID A. HODGES**

**Attorney at Law**
**212 Center Street, Fifth Floor**
**Little Rock, AR 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: 501-374-2400**
**Facsimile:   501-374-8926**
**E-Mail: david@hodgeslaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Ms. Lindsey Mitcham Lorence
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203

/s/ David Hodges
**DAVID HODGES**

DH/psf/112

-2-