# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MICHELLE DAY, ADMINISTRATOR
OF THE ESTATE OF JAMES AVERY
DEWEESE, SR. AND ON BEHALF OF
THE WRONGFUL DEATH BENEFICIARIES
OF JAMES AVERY DEWEESE, SR., RUTH
DEWEESE, INDIVIDUALLY, and MICHELLE
DAY INDIVIDUALLY                                              PLAINTIFFS

v.                    Case No. 4:14-cv-00342 KGB

UNITED STATES OF AMERICA                                      DEFENDANT

## JUDGMENT

Consistent with the Opinion and Order entered on this date, and the Opinion and Order entered on June 7, 2016, it is considered, ordered, and adjudged that plaintiff Michelle Day's claims against defendant United States of America are dismissed with prejudice. The relief sought is denied.

So adjudged this 10th day of June, 2016.

_____
Kristine G. Baker
United States District Judge