**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DISTRICT**

**MICHELLE DAY, ADMINISTRATOR**
**OF THE ESTATE OF JAMES AVERY**
**DEWEESE, SR. AND ON BEHALF OF**
**THE WRONGFUL DEATH BENEFICIARIES**
**OF JAMES AVERY DEWEESE, SR;**
**RUTH DEWEESE, INDIVIDUALLY; and**
**MICHELLE DAY, INDIVIDUALLY**                                                **PLAINTIFFS**

**VS.**                           **CASE NO. 4:14-CV-0342 KGB**

**UNITED STATES OF AMERICA**                                                 **DEFENDANT**

**NOTICE OF APPEAL**

Notice is hereby given that Michelle Day, Administrator of the Estate of James Avery Deweese, Sr. and on behalf of the Wrongful Death Beneficiaries of James Avery Deweese, Sr.; Ruth Deweese, Individually; and Michelle Day, Individually, Plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the 8th Circuit from the following:

1. Judgment entered June 10, 2016, Docket No. 74.

2. Opinion and Order entered June 10, 2016, Docket No. 73, in which the District Court granted the government's motion for summary judgment in its entirety.

3. Opinion and Order entered June 7, 2016, Docket No. 68, in which the District Court granted the government's motion for summary judgment on Plaintiffs' medical negligence claims.

4. Any and all adverse rulings by the District Court.

          **MICHELLE DAY, ADMINISTRATOR OF THE ESTATE OF JAMES AVERY DEWEESE, SR. AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF JAMES AVERY DEWEESE, SR; RUTH DEWEESE, INDIVIDUALLY;** and **MICHELLE DAY, INDIVIDUALLY, Plaintiffs**

    **By:**  /s/David Hodges
       **DAVID A. HODGES**
       **Attorney at Law**
       **212 Center Street, Fifth Floor**
       **Little Rock, AR 72201-2429**
       **Arkansas Bar No. 65021**
       **Telephone: 501-374-2400**
       **Facsimile: 501-374-8926**
       **E-Mail: david@hodgeslaw.com**

## CERTIFICATE OF SERVICE

 I hereby certify that on July 7, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Ms. Lindsey Mitcham Lorence
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203

       /s/David Hodges
       **DAVID HODGES**