# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-3118

_____

Michelle Day, Administrator of the Estate and on Behalf of the Wrongful Death Beneficiaries of James Avery Deweese Sr.; Ruth Deweese, Individually; Michelle Day, Individually

Plaintiffs - Appellants

v.

United States of America

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:14-cv-00342-KGB)

_____

**JUDGMENT**

Before LOKEN, MURPHY and MELLOY, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 01, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Michael E. Gans



16-3118 Michelle Day, et al v. United States "judgment filed sua sponte affirmed" (4:14-cv-00342-KGB)
ca08ml_cmecf_Notify   to:                                   08/01/2017 08:25 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/01/2017

| | |
|---|---|
| **Case Name:** | Michelle Day, et al v. United States |
| **Case Number:** | 16-3118 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion. JAMES B. LOKEN, DIANA E. MURPHY and MICHAEL J. MELLOY Hrg June 2017 [4563273] [16-3118] (Catherine Dolan)

**Notice will be electronically mailed to:**

Mr. David A. Hodges, Sr.: david@hodgeslaw.com, kevin@hodgeslaw.com, christine@hodgeslaw.com
Ms. Lindsey Mitcham Lorence, Assistant U.S. Attorney: lindsey.lorence@usdoj.gov, amber.robinson@usdoj.gov, CaseView.ECF@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**
/opt/ACECF/live/forms/CathyDolan_163118_4563273_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/01/2017] [FileNumber=4563273-0]
[226768349ff4384fa13e041e0dab2c05872344e1ef8ea8c9533e28513330362acf471b024b8ab948
81e46a90ae03fe2991a7984455b8e2df7c31ecb4bdab5547]]
**Recipients:**

- Mr. David A. Hodges, Sr.
- Ms. Lindsey Mitcham Lorence, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4563273
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 5858996, 5858997, 5858998